NO. 15-25-00118-CV

| | | |
|---|---|---|
| JAMES BRICKLEY,<br>  Appellant, | § | COURT OF APPEALS NUMBER<br>15-25-00118-CV |
| | § | |
| v. | § | |
| | § | |
| NICHOLAS WALTON,<br>  Appellee. | § | TRIAL COURT CASE NUMBER<br>DC-24-55842 |

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 22 2025

CHRISTOPHER A. PRINE
CLERK

## DOCKETING STATEMENT

1. Appellant is James Brickley, pro-se. Address: 3201 FM 929, Gatesville, Texas 76597. There is no phone number for James Brickley or fax associated due to his status as an inmate in TDCJ.

2. Appellee is Nicholas Walton, represented by Jacobi I. Pons, Assistant Attorney General. Address for attorney: P.O. Box 12548, Capitol Station, Austin, Texas 78711. Phone:(512)-463-2080. Fax: (512)-370-9814. e-mail: jacobi.pons@oag.texas.gov.

3. Appellant brought this case as a tort claim against appellee in his individual capacity for violation of his access to courts and theft of appellant's legal work in violation of the law and TDCJ policies.

4. The judgment on the order to dismiss was made with prejudice, signed on June 10th 2025, after a request for attorney to show authority to act was filed on June 09,2025.

5.Appellant filed a timely notice of appeal in the trial court through the trial court clerk filed on June 26,2025, along with a request for preparation of the clerk's record and designation of inclusions in the record. There was no significant hearing other than a hearing on service by certified mail, which this Court is already in possession of, which ran concurrent with the hearing for service in Brickley v. Mitchell, Court of Appeals No. 15-25-

1

00063-CV.

6. A motion requesting the trial court to make findings of fact and conclusions of law was filed on June 26,2025.

7. This case was held in the 440th Judicial District in Coryell County,Texas with the Honorable Grant Kinsey presiding.


Respectfully submitted,

*[signature]* July 9 2025

JAMES BRICKLEY
Appellant
3201 FM 929
Gatesville, Texas 76597


## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Docketing Statement was forwarded to my agent with express instruction to send to the appellee at the address for his attorney of record as listed above.

*[signature]* July 9 2025

JAMES BRICKLEY
3201 FM 929
Gatesville, Texas 76597

335 JIM BELL ROAD
CAMPTI, LA 71411



7021 0950 0000 2078 9785

Jacobi I. Pons
Office of the Attorney General
Law Enforcement Division
P.O. Box 12548, Capital Station
Austin, Texas 78711

CERTIFIED MAIL
PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

15COA Walton - Docket Statement

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br>Jacobi I. Pons<br>Office of the Attorney General<br>Law Enforcement Division<br>P.O. Box 12548, Capital Station<br>Austin, Texas 78711 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖ 9590 9402 8954 4064 6210 92 | 3. Service Type ☐ Priority Mail Express®<br>☐ Adult Signature ☐ Registered Mail™<br>☐ Adult Signature Restricted Delivery ☐ Registered Mail Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery ☐ Signature Confirmation™<br>☐ Collect on Delivery ☐ Signature Confirmation Restricted Delivery<br>☐ Collect on Delivery Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7021 0950 0000 2078 9785 | ail<br>il Restricted Delivery |

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt

To: CHRISTOPHER A. PRINE, CLERK OF                    July 18, 2025
    The FIFTEENTH COURT OF APPEAL
    P.O. Box 12852
    AUSTIN, TEXAS  78711


RE:  BRICKLEY v. WALTON: Court of Appeals NO: 15-25-00118-CV;  Trial Court Case NO:
DC-24-55842,  DOCKETING STATEMENT



Dear Sir,
        I am sending an extra copy of the following documents listed above DOCKETING
STATEMENT dated  JULY 9, 2025 to be filed stamped and returned in the postage paid and
addressed envelope to the address listed below.



Respectfully,
Agent for
James Brickley
#2289486
3201 FM 929
Gatesville, Texas  76597

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 22 2025

CHRISTOPHER A. PRINE
CLERK

July 09,2025

TO: CHRISTOPHER A PRINE
    CLERK OF COURT
    THE FIFTEENTH COURT OF APPEALS
    P.O. BOX 12852
    AUSTIN, TEXAS 78711


RE: BRICKLEY v. WALTON, COURT OF APPEALS NO. 15-25-00118-CV,
    TRIAL COURT CASE NO. DC-24-55842


Dear Sir,

On July 8,2025, I recieved from the Court the letter directing me to submit a docketing statement and the fee for appeal. The fee has already been submitted; please accept this Docketing Statement for filing in the above mentioned case. Thank you very much.


Respectfully submitted,

_James Brickley signature_ July 9 2025

JAMES BRICKLEY
3201 FM 929
GATESVILLE, TEXAS 76597

RECEIVED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 22 2025

CHRISTOPHER A. PRINE
CLERK

JULIA RODGERS-BLACK
335 JIM BELL ROAD
CAMPTI, LA 71411

7021 0950 0000 2078 9792

**Retail**





78711

**RDC 99**

U.S. POSTAGE PAID
FCM LG ENV
CAMPTI, LA 71411
JUL 18, 2025

**$11.87**

S2324P500108-12

PS Form

2. Arti

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

JUL 22 2025

CHRISTOPHER A. PRINE
CLERK

Clerk of the
15ᵗʰ Court of Appeals
P.O. Box 12852
Austin, Texas 78711